**Electronically Filed
Supreme Court
SCWC-16-0000167
05-APR-2021
01:13 PM
Dkt. 11 OGAC**

SCWC-16-0000167

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BERNET CARVALHO, Individually, and as Personal
Representative of the Estate of ROYDEN KALAVI, Deceased,
Petitioner/Plaintiff-Appellant,

vs.

AIG HAWAI'I INSURANCE COMPANY, INC.;
HAWAI'I INSURANCE CONSULTANTS, LTD.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000167; CIV. NO. 07-1-294K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellant, Bernet Carvalho's application for writ of certiorari filed on February 8, 2021, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, April 5, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

